UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-12 |
| Plaintiff, | Hon. Robert J. Jonker |
| v. | Chief U.S. District Judge |
| RYAN STEVEN OWENS | |
| Defendant. | |

## ORDER OF DETENTION

Defendant appeared before the undersigned on August 15, 2019 for an initial appearance and arraignment on an indictment charging him with one count of Conspiracy to Distribute Methamphetamine and three counts of Distribution of Methamphetamine.

Defendant is currently serving a sentencing in the Michigan Department of Corrections and is not eligible for release.

A detention hearing was not held in this matter because if Defendant were released from federal custody, he would simply be returned to MDOC custody.

IT IS THEREFORE ORDERED that Defendant will remain detained in federal custody pending further proceedings.

Date: __August 15, 2019__     /s/ *Maarten Vermaat*
MAARTEN VERMAAT
UNITED STATES MAGISTRATE JUDGE